United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 21, 2007**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 06-40722

_____

LABOBBIE JEAN DARDEN;

TYRONIA SHAWNTEL MONTGOMERY

Plaintiffs-Appellees-Cross-Appellants,

versus

E-Z MART STORES, INC., ET AL

E-Z MART STORES, INC.

Defendants-Appellant-Cross Appellee.

————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas, Marshall Division

————————————————————————

Before JOLLY, STEWART and CLEMENT, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.